## Giagnocavo Motor Vehicle Operator License Case.

Argued March 18, 1971. *John Giagnocavo,* appellant, in propria persona; *Elmer T. Bolla,* Deputy Attorney General, with him *Anthony J. Maiorana,* Assistant Attorney General, *Robert W. Cunliffe,* Deputy Attorney General, and *J. Shane Creamer,* Attorney General, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., absent.

## Griggs *v.* Travelers Indemnity Company, Appellant.

Argued March 15, 1971. *John C. Youngman, Sr.,* with him *Candor, Youngman, Gibson & Gault,* for appellant; *Patrick H. Fierro,* with him *Fierro & Miele,* for appellee.

Judgment affirmed.